IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JUN 21 2024
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:24 CR 226 |
| DONALD SHIREY, | ) | Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) |
| Defendant. | ) | JUDGE KNEPP |
| | ) | MAG JUDGE CLAY |

### COUNT 1
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The United States Attorney charges:

On or about July 11, 2020, in the Northern District of Ohio, Western Division, Defendant DONALD SHIREY, in connection with the attempted acquisition of a firearm, to wit: a Ruger Model 57 caliber handgun, serial #641-3230, from Towers Armory, Toledo, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive Towers Armory, as to a fact material to the lawfulness of such sale of said firearm to Defendant under chapter 44 of Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm indicated on the Form 4473, when in fact as Defendant then knew, he

ORIGINAL

was not the actual buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE

The United States Attorney charges:

The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant DONALD SHIREY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: a Ruger Model 57 caliber handgun, serial #641-3230.

REBECCA C. LUTZKO
United States Attorney

By: *Michael L. Collyer*
MICHAEL L. COLLYER
Chief, Criminal Division